IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RACHEL WILLIAMS, *et al.*                                                              PLAINTIFFS

v.                                         CIVIL ACTION NO. 2:16-CV-168-KS-MTP

KEVIN HERRINGTON, *et al.*                                           DEFENDANTS

## ORDER

On March 30, 2017, Defendants filed a Motion to Dismiss [15] the claims of the initial Complaint [1]. On April 12, 2017, the Court granted [21] Plaintiffs' Motions to Amend [13, 18], and on April 17, 2017, Plaintiffs filed an Amended Complaint [22]. Accordingly, the initial Complaint [1] is no longer the operative pleading, and Defendants' Motion to Dismiss [15] its claims is **denied as moot**.

SO ORDERED AND ADJUDGED this ___24th___ day of April, 2017.

                                                             s/Keith Starrett
                                                     UNITED STATES DISTRICT JUDGE